**ORIGINAL**

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | United States District Court--Central Division<br>312 North Spring Street<br>Los Angeles, California 90012 |
| PLAINTIFF<br>ADVANCED VISUAL IMAGE DESIGN, LLC | DEFENDANT<br>PS 121, INC.; et. al. |

CV13-7263

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 VAu 1-103-187 | A150830-November 2011-Vol 3 | AVID INK |
| 2 VAu 1-071-782 | A130859-September 2010- Vol 2 | AVID INK |
| 3 VAu 998-422 | A117627-July 2009- Vol 5 | AVID INK |
| 4 VA 1-806-994 | A149108-Modified October 2011 | AVID INK |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment<br>Notice of Voluntary Dismissal | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>10/15/2014 |
|---|---|---|
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>10/16/2014 |

3) Upon termination of action,
mail copy to Register of Copyrights